**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**LATEEF H. GRAY, ESQ., SBN 250055**
**MATTHEW T. NORMAN, ESQ., SBN 351413**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: LGray@LawyersFTP.com
Email: MNorman@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA STANSBERRY, an individual; | Case No.: 2:24-cv-00817-CKD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |
| v. | |
| CITY OF VACAVILLE, et al. | |
| Defendants. | |

- 1

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiff filed her Complaint on March 15, 2024. (Doc. 1)

WHEREAS, Defendants answered the Complaint on April 24, 2024. (Doc. 6)

WHEREAS, Plaintiff served Rule 34 Requests on or about May 2, 2024.

WHEREAS, Defendants served responses and responsive disclosures on or about July 9, 2024.

WHEREAS, after a review of Defendants disclosures, Plaintiff identified Vacaville Police Officers Erik Watts, Justin Weber, and Shelby Nichols as potential Defendants and requested a stipulation from Defendants for leave to amend and name the aforementioned officers on or about August 15, 2024.

WHEREAS, the parties met and conferred and Defendants agreed to stipulate to grant Plaintiffs leave to file a First Amended Complaint.

WHEREAS, there is no deadline to amend the pleadings.

WHEREAS, Plaintiff has attached as an exhibit her proposed First Amended Complaint.

WHEREAS, there is GOOD CAUSE to amend the complaint because Plaintiff had the opportunity to review the disclosures and diligently requested leave to amend in order to name the involved officers.

//
//
//
//
//

IT IS SO AGREED.

Dated: August 26, 2024

    /s/*Matthew Norman*
MATTHEW NORMAN
Attorney for Plaintiff

Dated: August 26, 2024

    /s/ *Richard Osman*
RICHARD OSMAN
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: August 27, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
stan24cv817.stip.amnd