Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      rosman@bfesf.com
            scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, ERIK WATTS,
JUSTIN WEBER and SHELBY NICHOLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA STANSBERRY, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, a municipal corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00817-CKD<br><br>**REQUEST TO EXCUSE INDIVIDUAL DEFENDANT OFFICERS FROM ATTENDING OCTOBER 10, 2024 SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Settlement Conference: October 10, 2024<br>Settlement Judge: Magistrate Judge Allison Claire<br><br>**Hon. Carolyn K. Delaney** |

Defendants CITY OF VACAVILLE, ERIK WATTS, JUSTIN WEBER and SHELBY NICHOLS hereby request the individual Defendant offers be excused from attending the October 10, 2024 settlement conference.

The instant request is supported by good cause.

A settlement conference is scheduled for October 10, 2024 with Magistrate Judge Allison Claire. (ECF 19).

At all relevant times, Defendant Officers WATTS, WEBER and NICHOLS were acting in the course and scope of their employment with the CITY OF VACAVILLE. Therefore, the CITY OF VACAVILLE is providing them with a defense and indemnity. They do not have settlement authority. They do have first-hand information about the incident, which information will be provided in Defendants' MSC statement and is included in body camera footage of the incident. Further, personal

1

REQUEST TO EXCUSE INDIVIDUAL DEFENDANT OFFICERS FROM MANDATORY SETTLEMENT CONFERENCE; [PROPOSED] ORDER
*Tara Stansberry, v. City of Vacaville*, U.S.D.C. Eastern District of California Case No.: 2:24-cv-00817-CKD

attendance of the individual Defendant officers will cause a hardship to the CITY OF VACAVILLE Police Department as it will impact the Department's ability to properly staff the shifts worked by these officers and/or will potentially require the CITY OF VACAVILLE to pay significant overtime pay. Accordingly, Defendants request the individual Defendant officers be excused from attending the October 10, 2024 settlement conference. Plaintiff's counsel is amenable to the individual Defendant officers being excused from attending the settlement conference.

The Parties thank the settlement judge for consideration of this request.

Dated: September 19, 2024         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By: _____/s/ Richard W. Osman_____
　　　Richard W. Osman
　　　Sheila D. Crawford
　　　Attorneys for Defendants
　　　CITY OF VACAVILLE, ERIK WATTS,
　　　JUSTIN WEBER and SHELBY NICHOLS

2

REQUEST TO EXCUSE INDIVIDUAL DEFENDANT OFFICERS FROM MANDATORY SETTLEMENT CONFERENCE; [PROPOSED] ORDER
*Tara Stansberry, v. City of Vacaville*, U.S.D.C. Eastern District of California Case No.: 2:24-cv-00817-CKD

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

(1) Defendant Officers WATTS, WEBER and NICHOLS are excused from attending the October 10, 2024 settlement conference.

DATED: September 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE