Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:       rosman@bfesf.com
                  scrawford@bfesf.com

Attorneys for Defendant
CITY OF VACAVILLE, ERIK WATTS,
JUSTIN WEBER and SHELBY NICHOLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA STANSBERRY, an individual;<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, a municipal corporation; and DOES 1-50, inclusive,<br><br>      Defendants. | Case No. 2:24-cv-00817-CKD<br><br>**STIPULATION TO MODIFY PRETRIAL DEADLINES (DKT. 16); [~~PROPOSED~~] ORDER**<br><br><br><br>**Hon. Carolyn K. Delaney** |

IT IS HEREBY STIPULATED by and between Plaintiff TARA STANSBERRY and Defendants CITY OF VACAVILLE, ERIK WATTS, JUSTIN WEBER and SHELBY NICHOLS by and through their designated counsel, that the Pretrial Scheduling Order (Dkt. 16) in this matter be modified as detailed below.

WHEREAS, on October 10, 2024 the parties attended a mandatory settlement conference with Magistrate Judge Allison Claire, but the matter did not resolve;

WHEREAS, the parties have exchanged written discovery and the deposition of Plaintiff is scheduled for the end of October 2024;

WHEREAS, on October 16, 2024, Plaintiff noticed the depositions of the Defendant Officers, but the Defendant Officers are unavailable for depositions on the noticed date;

WHEREAS, the parties request to continue the fact discovery deadline to provide additional time

1

STIPULATION TO MODIFY PRETRIAL DATES (DKT. 16); [~~PROPOSED~~] ORDER
*Tara Stansberry, v. City of Vacaville,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-00817-CKD

to schedule the depositions of the Defendant Officers;

WHEREAS, the requested modification will not impact any other dates.

## STIPULATION

NOW, THEREFORE, the parties hereby STIPULATE TO and JOINTLY REQUEST that this Court's Pretrial Scheduling Order (Dkt. 16) be amended accordingly:

| Case Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Fact Discovery Cut Off | November 8, 2024 | December 9, 2024 |
| Expert Witness Disclosure | February 3, 2025 | No change |
| Rebuttal Expert Witness Disclosure | February 21, 2025 | No change |
| Expert Discovery Cutoff | March 28, 2025 | No change |
| Deadline to Hear Dispositive Motions | June 4, 2025 | No change |
| Pretrial Conference | TBD | No change |
| Jury Trial | TBD | No change |

Dated: October 21, 2024                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:   /s/ Sheila D. Crawford
      Richard W. Osman
      Sheila D. Crawford
      Attorneys for Defendants
      CITY OF VACAVILLE, ERIK WATTS, JUSTIN WEBER and SHELBY NICHOLS

Dated:  October 21, 2024                    POINTER & BUELNA, LLP


By:   /s/ Matthew Norman
      Adante D. Pointer, Esq.
      Patrick M. Buelna, Esq.
      Matthew Norman, Esq.
      Attorneys for Plaintiff
      TARA STANSBERRY

2

STIPULATION TO MODIFY PRETRIAL DATES (DKT. 16); [PROPOSED] ORDER
*Tara Stansberry, v. City of Vacaville,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-00817-CKD

**ELECTRONIC CASE FILING ATTESTATION**

I, Sheila Crawford, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: October 21, 2024                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                */s/ Sheila D. Crawford*
                                                Sheila D. Crawford

3

STIPULATION TO MODIFY PRETRIAL DATES (DKT. 16); [~~PROPOSED~~] ORDER
*Tara Stansberry, v. City of Vacaville,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-00817-CKD

# [~~PROPOSED~~] ORDER

The parties' foregoing Stipulation is approved, and with good cause appearing.

**IT IS HEREBY ORDERED THAT** this Court's Pretrial Scheduling Order (Dkt. 16) be modified as follows:

| Case Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Fact Discovery Cut Off | November 8, 2024 | December 9, 2024 |
| Expert Witness Disclosure | February 3, 2025 | No change |
| Rebuttal Expert Witness Disclosure | February 21, 2025 | No change |
| Expert Discovery Cutoff | March 28, 2025 | No change |
| Deadline to Hear Dispositive Motions | June 4, 2025 | No change |
| Pretrial Conference | TBD | No change |
| Jury Trial | TBD | No change |

IT IS SO ORDERED.

Dated:  October 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, stan24cv00817.stip.dso.facts

4

STIPULATION TO MODIFY PRETRIAL DATES (DKT. 16); [~~PROPOSED~~] ORDER
*Tara Stansberry, v. City of Vacaville,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-00817-CKD