Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Kristopher D.R. Doodha, State Bar No. 339601
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:   rosman@bfesf.com
             scrawford@bfesf.com
             kdoodha@bfesf.com

Attorneys for Defendant
CITY OF VACAVILLE, ERIK WATTS,
JUSTIN WEBER and SHELBY NICHOLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA STANSBERRY, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, a municipal corporation; ERIK WATTS, individually in his capacity as Sergeant for the Vacaville Police Department; JUSTIN WEBER, individually in his capacity as an officer for the Vacaville Police Department; SHELBY NICHOLS, individually in her capacity as an officer for the Vacaville Police Department; and DOES 1-50, inclusive.<br><br>    Defendants. | Case No. 2:24-cv-00817-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br><br><br>**Hon. Carolyn K. Delaney** |

(Note: "PROPOSED" is struck through in the title.)

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for plaintiff TARA STANSBERRY and defendants CITY OF VACAVILLE, ERIK WATTS, JUSTIN WEBER and SHELBY NICHOLS, respectively, do hereby agree and stipulate that the above-referenced case be dismissed, in its entirety and with prejudice, as to all defendants.  Each party shall bear their own attorneys' fees and costs.

1

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
*Tara Stansberry, v. City of Vacaville,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-00817-CKD

IT IS SO STIPULATED.

Dated:  November 20, 2024    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: _____*/s/ Richard W. Osman*_____
  Richard W. Osman
  Sheila D. Crawford
  Kristopher D.R. Doodha
  Attorneys for Defendants
  CITY OF VACAVILLE, ERIK WATTS,
  JUSTIN WEBER and SHELBY NICHOLS

Dated:  November 20, 2024    POINTER & BUELNA, LLP

By: _____*/s/*_____
  Adante D. Pointer
  Patrick M. Buelna
  Matthew Norman
  Attorneys for Plaintiff
  TARA STANSBERRY

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: November 20, 2024    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

  _____*/s/ Richard W. Osman*_____
  Richard W. Osman

2

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
*Tara Stansberry, v. City of Vacaville,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-00817-CKD

**[PROPOSED] ORDER**

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be dismissed, in its entirety and with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 21, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, stan24cv0817.dism